UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | B-0981885 C-13D |
| **Mark Peedin,** | ) | |
| **Cleofe Peedin,** | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | )_____ | |
| | ) | |
| RICHARD M. HUTSON, II, | ) | |
| Trustee, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Adversary Proceeding Number |
| | ) | 10-9001 |
| DUKE UNIVERSITY FEDERAL | ) | |
| CREDIT UNION, | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

CONSENT ORDER APPROVING SETTLEMENT
OF ADVERSARY PROCEEDING

On March 29, 2010, Richard M. Hutson, II, the Plaintiff in the above-captioned proceeding ("Plaintiff"), filed a Motion to Approve Settlement of Adversary Proceeding. The Court finds that the parties have agreed to settle the pending adversary proceeding and that the motion should be granted; therefore, it is ORDERED:

1. That the Plaintiff's Motion to Approve Settlement of Adversary Proceeding is granted and the settlement approved;

2. That the Deed of Trust in favor of Defendant shall be avoided pursuant to 11 U.S.C. §544(a) and the claim of Defendant allowed as a general unsecured claim in the amount of $105,131.68;

3. That Defendant shall be required to cancel the Deed of Trust recorded on August 20, 2008 in the Orange County Register of Deeds only upon successful completion of the Debtors' plan and the entry of a discharge;

4. That the Trustee shall review the case for a modification to the Debtors' plan under 11 U.S.C. §1329 due to the liquidated value of the estate.

WE CONSENT:


s/Benjamin E. Lovell
Benjamin Eric Lovell
Attorney for Plaintiff
P.O. Box 3613
Durham, N.C. 27702
Telephone: (919) 688-8065

s/Franklin Drake
Franklin Drake
Attorney for Defendant
Smith, Debnam, Narron, Drake, Saintsing & Myers, LLP
4601 Six Forks Road, Suite 400
Raleigh, NC 27609
Telephone: (919) 250-2109